IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EMILY D. JORDAN, et al., ) <br> on behalf of themselves and all others ) <br> similarly situated, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> IBP, INC. and ) <br> TYSON FOODS, INC., ) <br>   ) <br> Defendants. ) | Case No. 3:02-cv-1132 <br> Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Partial Summary Judgment (Docket No. 236) filed by the plaintiffs is **GRANTED** in part and **DENIED** in part. Specifically, summary judgment is granted with regard to the plaintiffs' claim that the donning and doffing of frocks is compensable under FLSA, denied with regard to the question of whether the time that the employees spend engaging in such activities is *de minimis*, and denied with regard to the plaintiffs' meal period claim. The plaintiffs' summary judgment motion with regard to the defendants' good faith defense to liability is moot, and summary judgment is granted with regard to the defendants' good faith defense to liquidated damages.

Additionally, the Motion to Strike (Docket No. 255) filed by the plaintiffs is **GRANTED**, and the Motion to Decertify Claims for Meal Period Production Work (Docket No. 234) filed by the defendants is **DENIED**.

1

It is so Ordered.

Entered this 31st day of March 2008.

_____
ALETA A. TRAUGER
United States District Judge