IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EMILY D. JORDAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:02-1132 |
| ) | Judge Trauger |
| IBP, INC. and TYSON FOODS, INC., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The Defendants' Motion to Depose Plaintiffs' Opt-In Trial Witnesses (Docket No. 334) is **DENIED** for the reasons expressed in the telephone conference held on this date.

It is so **ORDERED.**

Enter this 5th day of September 2008.

_____
ALETA A. TRAUGER
U.S. District Judge